SHEILA E. O'CALLAGHAN (Cal. Bar No. 131032)
Email: ocallaghans@sec.gov
KASHYA SHEI (Cal Bar No. 173125)
Email: sheik@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 700
San Francisco, California 94104
Telephone: (415) 705-2500

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT NEWELL and BLACK HAWK FUNDING, INC.,<br><br>Defendants. | Case No. 5:24-cv-01524-SPG-SP<br><br>STIPULATION TO CONTINUE RULE 26(f) SCHEDULING CONFERENCE AND RELATED DATES<br><br>Current Date: January 29, 2025<br>Time: 3:00 p.m.<br>Courtroom: 5C<br>Proposed New Date: March 12, 2025<br><br>Honorable Sherilyn Peace Garnett<br>United States District Judge |

Whereas, by Order dated December 12, 2024, this Court set a Rule 26(f) Scheduling Conference on January 29, 2025, at 3:00 p.m. (ECF No. 22); a deadline to confer on a discovery plan at least 21 days before the scheduling conference

1  (January 8, 2025), and a deadline to file a Joint Rule 26(f) Report no later than 14
2  days before the Scheduling Conference (January 15, 2025);
3      Whereas, counsel for defendant informed the SEC on December 18, 2024,
4  that he plans to file a motion to withdraw as counsel and, as such, said counsel is
5  unable to meet and confer with the SEC regarding this matter;
6      Whereas, defendant will require time to retain new counsel;
7      Whereas, newly retained counsel will require time to learn the case in order
8  to confer on a discovery plan and prepare initial disclosures;
9      Whereas, in addition, lead trial counsel are required to attend the scheduling
10 conference absent good cause (ECF No. 22);
11     Whereas prior to the setting of this conference, trial counsel Sheila
12 O'Callaghan for the Securities and Exchange Commission had a deposition
13 scheduled in Houston, Texas, on January 29, 2025, in another case with a
14 discovery cut-off of February 7, 2025;
15     IT IS THEREFORE STIPULATED AND AGREED, by each party, through
16 its counsel and subject to this Court's approval, that GOOD CAUSE exists to
17 continue the deadline to confer on a discovery plan to February 19, 2025, the
18 deadline to file a Joint Rule 26(f) Report to February 26, 2025, and the Rule 26(f)
19 Scheduling Conference to March 12, 2025, or to the next available date thereafter.

20 Dated: December 20, 2024

/s/ *Sheila E. O'Callaghan*
Sheila E. O'Callaghan
Kashya Shei
Attorneys for Plaintiff
SECURITIES & EXCHANGE
COMMISSION

24 Dated: December 20, 2024

/s/ *S. Todd Neal*
S. Todd Neal
PROCOPIO, CORY,
HARGREAVES & SAVITCH LLP
Attorneys for Defendant Robert Newell

# SIGNATURE ATTESTATION

I attest that all signatories listed, and on whose behalf the filing is submitted, Concur in the filing's content and have authorized the filing.

Dated: December 20, 2024          /s/ *Sheila E. O'Callaghan*
                                  Sheila E. O'Callaghan