## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Securities and Exchange Commission | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 5:24-cv-01524-SPG-SP |
| v. | |
| Robert Newell et al | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Documents

**REGARDING:**

| 2/11/2025 | 27 | Defendant Letter in Response |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Due to missing title page as stated in the Notice of Deficiencies filed at ECF No. [28], the letter filed at ECF No. 27 is stricken. Defendant is also notified that his request for a 90-day stay is improper. If Defendant seeks a stay of this action, he should submit either a joint stipulation per Local Rule 7-1 or a properly noticed motion per Local Rule 7-4.

Dated: 2/13/2025

By: _____
U.S. District Judge

G-112B (08/22)   ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS